

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

VICENTE CUELLAR, § No. 08-18-00133-CR

Appellant, § Appeal from the

v. § 171st District Court

THE STATE OF TEXAS, § of El Paso County, Texas

State. § (TC# 20160D04843)

§

# **O R D E R**

The Court GRANTS Anita Garza's request for an extension of time within which to file the Reporter's Record until **January 28, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Anita Garza, Court Reporter for the 171st District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before January 28, 2019.

IT IS SO ORDERED this 3rd day of January, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.